# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00061-MR-DLH

| | |
|---|---|
| TRISTAN ST. CLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE NUTRO COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

On March 7, 2014, the Plaintiff filed her Complaint and an Application to proceed without having to prepay the costs associated with prosecuting the matter. [Docs. 1, 2]. On March 18, 2014, the Court denied the Plaintiff's Application to proceed *in forma pauperis* and gave the Plaintiff thirty (30) days to pay the required filing fee for this action. [Doc. 3]. The Plaintiff filed her Amended Application on March 19, 2014. [Doc. 4]. On March 24, 2014, the Court denied Plaintiff's Amended Application and directed the Plaintiff to pay the filing fee within thirty (30) days of the Order denying her original application. [Doc. 5]. The Plaintiff filed another Amended Application on March 28, 2014, which was denied. [Docs. 6, 7].

On April 8, 2014, the Plaintiff filed a Motion for Reconsideration and a third Amended Application. [Docs. 8, 9]. Both motions were denied on April 14, 2014. [Doc. 10]. In each of these Orders, the Plaintiff was warned that failure to pay the required filing fee within thirty (30) days of the entry of the Order denying her original application would result in the dismissal of this action.

More than thirty (30) days have now passed since the entry of the Court's Order denying the Plaintiff's original Application, and the Plaintiff has failed to pay the filing fee as required.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**  Signed: April 25, 2014

Martin Reidinger
United States District Judge